(May 31, 1915.)

EMPIRE MILL COMPANY, a Corporation, Plaintiff, v. DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT, IN AND FOR SHOSHONE COUNTY, and HONORABLE JOHN M. FLYNN, Acting Judge of said District Court, Defendants.

[149 Pac. 505.]

This is a companion case to that of *Empire Mill Company v. District Court of the Eighth Judicial District of and for Benewah County, and Hon. John M. Flynn, Judge of said District Court, ante,* p. 383, 149 Pac. 499, and on the authority of the case, the writ of prohibition is denied.

Original application for a writ of prohibition. Demurrer to the petition sustained, *writ denied* and proceeding dismissed.

C. W. Beale, for Plaintiff, files same brief as in companion case, *ante,* p. 383.

John P. Gray, for Defendant.

If this notice is not process, then service by mail would satisfy the requirements of the code. If it is process, then its service must be in accordance with sec. 4144, Rev. Codes, as amended by the 1909 Sess. Laws, p. 185, which provides that service of summons in an action may be had upon the president, secretary, cashier or managing agent, and in case they shall be absent from the state, then service may be made by delivering a copy of the summons and a copy of the complaint to the auditor of the county in which the principal place of business of such corporation is located.

"In regard to the kind of notice which will satisfy the requirements of the constitution in proceedings to take land for public use, the authorities almost universally hold that notice by publication or by posting is sufficient, even with

respect to persons residing within the jurisdiction where the proceedings are pending.'' (Lewis on Eminent Domain, 3d ed., sec. 568; *Golden Gate Hydraulic M. Co. v. Superior Court,* 65 Cal. 187, 3 Pac. 628.) Sec. 5228, Rev. Codes, makes the general provisions of the code relative to service of actions applicable to the proceedings under the eminent domain title, except as otherwise specifically provided. (*Chicago, M. & St. P. Ry. Co. v. Trueman,* 18 Ida. 687, 112 Pac. 210.)

BUDGE, J.—This is an original application of the Empire Mill Company for writ of prohibition to the district court of the first judicial district in Shoshone county, and Hon. John M. Flynn, acting judge of said district court, commanding said court and judge to desist and refrain from entertaining jurisdiction of a motion for the appointment of commissioners, or to appoint commissioners to assess and determine the damages that the applicant will sustain by reason of the condemnation and appropriation of its property by the Blackwell Lumber Company for the construction, maintenance and operation of a temporary logging railroad. In its application petitioner attacks the sufficiency of the notice for the appointment of said commissioners, as well as the service of the notice upon the applicant, and in support of said application sets up affidavits of the same character, and bases arguments upon the same grounds as in the case of the *Empire Mill Company v. District Court of the Eighth Judicial District Court, in and for Benewah County, and Hon. John M. Flynn, Judge of said District Court.*

The case of *Empire Mill Co. v. District Court of the Eighth Judicial District, supra,* was decided by this court at its May, 1915, term, and reported *ante,* p. 383, 149 Pac. 499, and upon the authority of that case the demurrer to the application for the writ in the case at bar is sustained, and costs awarded to defendants.

Sullivan, C. J., and Morgan, J., concur.